**FILED**
JUL 2 3 2008

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JAY A. HEINTZ, | * | CIV 07-4085 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| RELIASTAR LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

Based upon the Joint Motion for Dismissal, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff is hereby dismissed upon the merits, with prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 23rd day of July, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Marquardt
DEPUTY